1

2

3

4

5

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     GERALD PILMAN,                                No.  2:20-CV-1771-WBS-DMC-P

12                    Petitioner,

13          v.                                       ORDER

14     R. FISHER,

15                    Respondent.

16

17             Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18     habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for

19     leave to proceed in forma pauperis (ECF No. 7).  Petitioner has submitted the affidavit required

20     by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security

21     therefor.

22             Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to

23     proceed in forma pauperis (ECF No. 7) is granted.

24

25

26     Dated:  November 18, 2020

27     _____
       DENNIS M. COTA
28     UNITED STATES MAGISTRATE JUDGE

                                                      1